| AO 10<br>Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>HALL, JANET C. | 2. Court or Organization<br><br>U.S. District Court (D.CT) | 3. Date of Report<br><br>05/14/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>  magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

U.S. District Court
141 Church Street
New Haven, CT 06510

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Connecticut Bar Foundation |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C. | 05/14/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Self-employed attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ███████, P.C. | 2/16/17-2/24/17 | Dominican Republic | Attend Annual Federal Bar Council Bench-Bar Conference | Transportation, Meals and Lodging |
| 2. | Federal Bar Council | 5/9/2017 | New York, New York | Attend Law Day Dinner | Meal |
| 3. | Federal Bar Council | 11/22/2017 | New York, New York | Attend annual Thanksgiving Luncheon in honor of judiciary | Meal |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C. | 05/14/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Templeton Dragon Fund | A | Dividend | J | T | | | | | |
| 2. Mutual Quest Fund (Note) | E | Dividend | N | T | | | | | |
| 3. Strips Tint-US Treasury Mat. 11/15/20 | A | Interest | K | T | | | | | |
| 4. Vanguard Windsor II Fund | B | Dividend | L | T | Donated (part) | | | | |
| 5. Mutual Discovery Fund CL2 | C | Dividend | L | T | | | | | |
| 6. _____ P.C. (Note) | | None | M | W | | | | | |
| 7. Partnership Interest in Whitney-Humphrey Assc. (Note) | | None | L | W | | | | | |
| 8. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 9. AXA Equitable Life Ins. Co. (Flexible Premium Universal Life Policy) | B | Interest | K | T | | | | | |
| 10. Schwab US Treas Money Fund | A | Interest | K | T | Buy (add'l) | 03/09/17 | K | | |
| 11. | | | | | Buy (add'l) | 04/19/17 | J | | |
| 12. | | | | | Sold (part) | 05/03/17 | L | | |
| 13. | | | | | Buy (add'l) | 12/21/17 | K | | |
| 14. Sound Shore Fund | C | Dividend | N | T | | | | | |
| 15. Hennessey Cornerstone Mid | | None | M | T | | | | | |
| 16. Citizens Bank | A | Interest | K | T | | | | | |
| 17. Artisan Int'l Small Cap Investor | | None | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Third Ave. Real Est. Value Fund | A | Dividend | K | T | | | | | |
| 19. Third Ave. International Value Fund | A | Dividend | K | T | | | | | |
| 20. T. Rowe Price Cap. Appreciation Fund | D | Dividend | O | T | Buy (add'l) | 04/10/17 | K | | |
| 21. | | | | | Donated (part) | | | | |
| 22. | | | | | Donated (part) | | | | |
| 23. iShare MSCI Canada Index Fund | A | Dividend | J | T | | | | | |
| 24. Fidelity Cash Acct. | A | Interest | J | T | | | | | |
| 25. Schwab Bank | A | Interest | O | T | Buy (add'l) | 03/20/17 | M | | |
| 26. | | | | | Buy (add'l) | 04/03/17 | N | | |
| 27. Artisan Mid-Cap Value FD | A | Dividend | N | T | Sold (part) | 04/03/17 | K | D | |
| 28. Dodge & Cox Int'l. Stock | C | Dividend | N | T | | | | | |
| 29. Storage Inn Ltd. | | None | N | W | | | | | |
| 30. Arcadia Wind Farms Energies Ltd | | None | L | W | | | | | |
| 31. T. Rowe Price Group A | A | Dividend | J | T | | | | | |
| 32. Marsico Focus Fund | A | Dividend | K | T | Sold (part) | 04/03/17 | K | C | |
| 33. Fairholme Fund | B | Dividend | M | T | | | | | |
| 34. Intrepid Endurance | A | Dividend | K | T | Sold (part) | 04/03/17 | K | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Schwab S&P 500 Index Fund | A | Dividend | K | T | Sold (part) | 04/03/17 | K | D | |
| 36. Schwab US Large Cap ETF | A | Dividend | | | Sold | 04/03/17 | J | A | |
| 37. iShares Russell 3000 | B | Dividend | M | T | Sold (part) | 04/03/17 | N | G | |
| 38. Schwab Total Stock Market | A | Dividend | L | T | Sold (part) | 04/03/17 | L | E | |
| 39. Philips 66 | A | Dividend | | | Sold | 03/20/17 | K | E | |
| 40. Greenspring Fund | | None | | | Sold | 03/20/17 | J | A | |
| 41. Nicholas II Fund | A | Dividend | K | T | Sold (part) | 04/03/17 | K | D | |
| 42. Nicholas Ltd Edition Fund | C | Dividend | K | T | Sold (part) | 03/20/17 | K | | |
| 43. Vanguard Scottsdale FDS Vanguard (VTWV) | A | Dividend | K | T | | | | | |
| 44. Vanguard Scottsdale FDS Vanguard Russell (VTWG) | A | Dividend | K | T | | | | | |
| 45. Vanguard Index FDS Vanguard REIT (VNQ) | A | Dividend | J | T | | | | | |
| 46. Vanguard Russell 3000 Index Fund (VTHR) | A | Dividend | K | T | | | | | |
| 47. Vanguard FTSE Emerging Markets | A | Dividend | J | T | Sold (part) | 04/03/17 | J | | |
| 48. CMG Focus Fund | | None | L | T | | | | | |
| 49. CMG Realty Fund | A | Dividend | K | T | | | | | |
| 50. Schwab Adv. Cash Reserve Prem. | | None | J | T | Sold (part) | 05/02/17 | K | | |
| 51. Royce Value Fund | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. TR Price Growth Fund | A | Dividend | M | T | Sold (part) | 05/01/17 | K | E | |
| 53. Vanguard Small Cap Fund | A | Dividend | K | T | Sold (part) | 04/03/17 | K | C | |
| 54. Thornberg Int'l Value Fund | | None | M | T | | | | | |
| 55. Oakmark Fund | B | Dividend | N | T | Donated (part) | | | | |
| 56. iShares (IWF) Russell 1000 Growth Index Fund | A | Dividend | K | T | Sold (part) | 04/03/17 | K | D | |
| 57. Schwab US MC (SCHM) | A | Dividend | K | T | Sold (part) | 04/03/17 | K | D | |
| 58. Vanguard Total Stock Market | A | Dividend | J | T | | | | | |
| 59. Harbor Cap Appreciation | E | Dividend | N | T | | | | | |
| 60. Alphabet Inc. | | None | K | T | | | | | |
| 61. Microsoft Corp. | A | Dividend | | | Sold | 04/03/17 | K | D | |
| 62. Nicholas Fund | A | Dividend | | | Sold | 03/20/17 | K | | |
| 63. Vanguard Mid Cap | A | Dividend | K | T | Sold (part) | 04/03/17 | K | B | |
| 64. SunAmerica Focused Div. Strategy | D | Dividend | N | T | | | | | |
| 65. Harbor International Inv. | | None | K | T | | | | | |
| 66. Glenmed. Small Cap. Equity | A | Dividend | K | T | | | | | |
| 67. Vanguard Admiral S&P 500 Value | A | Dividend | J | T | | | | | |
| 68. Vanguard Value Index (VIVAX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Amazon | | None | L | T | Buy | 10/31/17 | K | | |
| 70. | | | | | Buy (add'l) | 12/12/17 | K | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C. | 05/14/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII:

Line 2:   Renamed fund.  Previously known as Franklin Mutual Quest Fund.

Line 6:   Passive income from sub-chapter S corporation

Line 7:   The value was based on a 2012 appraisal, but is higher than the appraised value.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JANET C. HALL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544